BEN FLIGEL CO., INC., Respondent, *v.* JOSEPH KESSLER, as Treasurer of WATERPROOF GARMENT WORKERS UNION LOCAL No. 20, et al., Appellants, Impleaded with Others, Defendants.

(Submitted October 9, 1934; decided October 23, 1934.)

*Lawrence Kovalsky* and *David Goldstein* for appellants. *Samuel M. Rivelson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not voting: LEHMAN, J.